UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

MIRACLE 1091 LIMITED LIABILITY
COMPANY, a New Jersey Limited Liability
Company,

    Defendant.
_____/

Case No. 3:17-cv-00463-MAS-TJB

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **23rd** day of **October, 2017**, a true and correct copy of the foregoing was sent via e-mail to counsel for the Defendant, Mark Goldstein, Esq., markgoldstein@goldsteinlaw.legal and Francine Galante Carlin, Esq., fgalantecarlin@goldsteinlaw.legal, Goldstein Law Group, LLC, 14 Woodward Drive, Old Bridge,

The Independence Project, Inc., et al.
v. Miracle 1091 Limited Liability
Case No: 3:17-cv-00463-MAS-TJB

NJ  08857.

_[signature]_

Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue, Suite 200
Livingston, NJ   07039
Telephone: (973) 994-6677
Facsimile:   (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*

2